IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

NEIL WALKER, # 095197,        )
         )
    Petitioner,         )
         )
v.         )    Case No. 1:22cv515-WHA-SMD
         )        (WO)
MICHAEL CRESPI, et al.,        )
         )
    Respondents.        )

## ORDER

On September 7, 2022, the Magistrate Judge filed a Recommendation that this case be dismissed for lack of jurisdiction under the provisions of 28 U.S.C. § 2244(b)(3)(A). (Doc. 5.) Petitioner has filed Objections to the Recommendation. (Doc. 12.) Upon an independent review of the record and upon consideration of the Recommendation and Petitioner's Objections, it is ORDERED that:

(1) Petitioner's Objections (Doc. 12) are OVERRULED;

(2) the Magistrate Judge's Recommendation (Doc. 5) is ADOPTED;

(3) this case is DISMISSED for lack of jurisdiction, in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), because Petitioner has not obtained the required permission from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider Petitioner's successive habeas application; and

(4) any pending motions in this action are DENIED.

A final judgment will be entered separately.

DONE this 1st day of November, 2022.

 /s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE